IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**DARNELL NORTON,** : Civil No. 1:15-cv-1690
:
    **Petitioner,** :
:
v. :
:
**SUPERINTENDENT, USP-LEWISBURG,** :
:
    **Respondent.** : Judge Sylvia H. Rambo

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** as follows:

1) The petition for a writ of habeas corpus is **DENIED** with prejudice.

2) The Clerk of Court shall close this file.

3) Any appeal taken from this order is deemed frivolous and without just cause.

                                                        S/Sylvia H. Rambo
                                                        SYLVIA H. RAMBO
                                                        United States District Judge

Dated: July 25, 2018